United States District Court
Southern District of Texas
FILED

FEB 23 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-00-159 |
| Maria L. Limas | § § | |

## MOTION FOR CONTINUANCE AND MEMORANDUM

The United States of America moves to continue the pretrial conference scheduled for February 28, 2001.

1. The United States has just obtained service on the defendant. Defendant was served last Friday, February 16, 2001. The return of service will be sent to the court as soon as we receive it from the process server.

The United States requests that the pretrial conference be reset until at date after the defendant has filed an answer.

Respectfully submitted

BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this __20th__ day of __February__, 2001 in accordance with the Federal Rules of Civil Procedure.

_[signature]_