UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 0 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-00-159 |
| | § | |
| Maria L. Limas | § | |

ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for February 28, 2001 at 2:00 p.m. is continued until a time to be established by the Court after the defendant files an answer or other responsive pleading. The reset pretrial date is set for __March 29, 2001, at 2:00 p.m.__

Signed this _27th_ day of _February_, 2001, at Brownsville, Texas.

Felix Recio
United States **Magistrate Judge**