5

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by ?<br>ED H. FINK | Date<br>2-16-2001  9:39 AM |
| NAME OF SERVER (PRINT)<br>ED H. FINK | Title<br>PROCESS SERVER |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served.
314 W. LOS EBANOS, BROWNSVILLE, TX

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left _____

United States District Court
Southern District of Texas
FILED

MAR - 2 2001

[ ] Returned unexecuted _____

Michael N. Milby, Clerk of Court

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  2-16-01        [signature]
            Date              Signature of Server

   204 W. FERGUSON #108, PHARR, TX
          Address of Server              78577



DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2002

SUBSCRIBED AND SWORN TO ME
ON THE 19 DAY OF FEB 16 2001

NOTARY PUBLIC

# United States District Court

## Southern District of Texas

### SUMMONS IN A CIVIL CASE

United States of America

v.                                                          CASE NUMBER: B-00-159

Maria L. Limas

TO: (Name and Address of Defendant)

Maria L. Limas
9341 Alaska Road
BROWNSVILLE, TX 78521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Michael Weston
Bennett & Weston, P.C.
1750 Valley View Lane, Suite 120
Dallas, TX 75234

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk                          1-29-01

Clerk                                            Date

_____
BY DEPUTY CLERK