```
United States District Court
Southern District of Texas
        FILED

   MAR 1 4 2001

  Michael N. Milby
  Clerk of Court
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-00-159 |
| | § | |
| Maria L. Limas | § | |

REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the United States of America requests an entry of default against Maria L. Limas in that the defendant has not filed an answer or other responsive pleading in this cause.

                           Respectfully submitted

                           BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America

6

## Certificate of Service

I certify that a true copy of the Request for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Maria L. Limas at 9341 Alaska Road Brownsville, TX 78521, by (1) certified mail, return receipt requested, No. 7000 0520 0021 9163 2860 , and (2) regular, first class mail on the 12th day of March , 2001.

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-00-159 |
| Maria L. Limas | § § | |

ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Maria L. Limas in that the said defendant has not filed an answer or other responsive pleading in this cause.

Done this _____ day of _____, 2001, at _____, Texas.

_____
United States Deputy District Clerk

ClibPDF - www.fastio.com