8

United States District Court
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MAR 1 6 2001

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA,         JUDGE FELIX RECIO

VERSUS                            2ND FEDERAL COURT

MARIA L. LIMAS                    CASE NUMBER: B-00-159

**I WANT TO DELARE TO THE HONORABLE JUDGE FELIX RECIO THE FOLLOWING:**

    I NEED TO SPEAK TO YOU CONCERNING MY STUDENT LOAN THAT WAS PROVIDED TO THE ELKINS INSTITUTE IN HOUSTON. TEXAS THAT IS STILL PENDING. I NEVER RECEIVED ANY MONEY FROM THEM, THEY WERE IN CHARGE OF PAYING MY TUITION AND BOOKS.
    I NEVER SPENT ANY OF THE MONEY, BESIDES I ONLY STUDIED FOR ONE MONTH, AND SUSPENDED MY COURSES DUE TO AN ACCIDENT THAT MY SON HAD SUFFERED IN SCHOOL AND HAD BROKEN HIS ARM AND HAD TO BE OPERATED.
    FROM THEN ON ALL MY TAX REFUNDS HAVE BEEN WITHHELD, AND THE IRS CLAIMS THEY WERE WITTHHELD TO PAY THE STUDENT LOAN, AND LAST YEAR I PAID ATTORNEY RICHARD GARZA OF SAN ANTONIO TEXAS $200.00, TO TRY TO RESOLVE THIS CASE, AND HE TOLD ME IT WAS SETTLED. BEFORE THIS I SPOKE TO AN IRS REPRESENATIVE AND HE TOLD ME THAT MY INCOME TAX REFUNDS WERE GOING TOWARD MY PENDING LOAN.BUT NOW I RECEIVE THIS LETTER FROM YOU. AND NOW IT'S BEEN SEVERAL YEARS AND THERE IS STILL NO RESOLVING OF THIS PROBLEM, AND I WOULD LIKE YOUR HELP FOR A SOLUTION.
    IF ITS POSSIBLE I WOULD LIKE TO SEE YOU TO EXPLAIN MY CASE BETTER, AND TO FIND OUT WHERE I MY TAX REFUND MONEY WENT TO, ATTACHED ARE DUCUMENTS THAT WILL PROBABLY HELP ME, IN MY CASE.

THANK YOU

*Maria L. Limas*
MARIA LUISA LIMAS

BEFORE ME A NOTARY PUBLIC FOR THE STATE OF TEXAS, COUNTY OF CAMERON APPEARED MARIA LUISA LIMAS KNOWN TO ME BY TX DL # 11439158, AND AFTER BEFORE SWORN IN PREPARED THE ABOVE STATEMENT.

TERRANCE BEATTY
MY COMMISSION EXPIRES
JUNE 3, 2002

TERRANCE BEATTY
NOTARY PUBLIC
MY COMMISION EXPIRES 6-2-2002

010603

LOAN NUMBER     ~~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~~ G01
LOAN AMOUNT     $ 2,625.00
GUARANTEE FEE     $    59.06
ORIGINATION FEE     $   131.25
                      --------------
DISBURSEMENT     $ 2,434.69

2ND DISB. DATE:    00-00-00

RECEIVED SEP 0 2 1988

ELKINS-HOUS

MARIA L. LIMAS
08-26-88   STUDENT LOAN PROCEEDS
GSL3 SYSTEM FUNDS

**WINDSOR SAVINGS ASSOCIATION**

NO. 4442
Oct. 25 1988
RECEIVED FROM Maria Limas
Two thousand four hundred thirty four 69/100 DOLLARS
8/15 DE 8-1 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 Windsor S.A.

Account Total $
Amount Paid $ 2,434.69
Balance Due $

"THE EFFICIENCY●LINE" AN AMPAD PRODUCT



**ELKINS INSTITUTE IN HOUSTON, INC.**
2100 TRAVIS • SUITE 1004 • HOUSTON, TEXAS 77002
Phone (713) 759-9292

October 10, 1988

To Whom It May Conern:

Maria Limas is enrolled in our Data Entry/Word Processing Course. She attends classes from the hours of 8:00 A.M. until 1:00 P.M. Monday thru Friday. She started classes on September 15, 1988 and will graduate on February 13, 1988.

If I can be of any further assistance please contact me.

Sincerely Yours,

Edward A. Johnson
Director of Admissions

**ELKINS INSTITUTE**
2100 Travis   Suite 1100
Houston, Texas   77002
(713) 759-9292

GUARANTEED STUDENT LOAN/PLUS(SLS)
RELEASE FORM

Student Name  *Limas, Maria*      Social Security # *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*
Start Date  *9/15*   Program  *DE*   Release Date *10-20-38*
Amount of Check $ *2434.65*  Check # *010603*  Receipt # *4442*

STUDENT CERTIFICATION

I certify that I am not in default on any prior student loans nor do I owe any repayment on Federal student aid grants previously received.

I know that money received from the GSL/SLS program is a loan and I promise to repay it when due.

I authorize these funds to be applied to my account at ELKINS INSTITUTE to pay for my tuition, fees and book charges and any credit to be disbursed to me.

CHANGE OF ADDRESS

If your address has changed since your loan application, list your new address here.

_____
Street              City        St.   Zip            Telephone number

Student Signature *Maria F. Limas*              Date *10-15-88*

SCHOOL CERTIFICATION

At the time of check release, the above named student was enrolled on at least halftime basis and in compliance with institutional satisfactory progress policy and requirements.

Signature of School Official _____    Date *10-20-88*
                              Financial Aid Office

Signature of School Official _____    Date *10/25/88*
                              Fiscal Office

Distribution:

White-Fiscal
Gold-Student
Yellow-Fin. Aid
Pink-Fin. Aid (tickler)

SFA 8/88

# HARRIS COUNTY HOSPITAL DISTRICT



**DISTRICT ADMINISTRATION**
726 GILLETTE
HOUSTON TEXAS 77019
652 1200

**BEN TAUB GENERAL HOSPITAL**
1502 TAUB LOOP
HOUSTON TEXAS 77030
791 7000

**COMMUNITY HEALTH PROGRAMS**
726 GILLETTE
HOUSTON TEXAS 77019
652-1240

**JEFFERSON DAVIS HOSPITAL**
1801 ALLEN PARKWAY
HOUSTON, TEXAS 77019
751-8000

P.O. BOX 66769 · HOUSTON, TEXAS 77266 (713) 751-8500

9/28/88

Jose has a fractured left elbow. We feel he needs surgery to repair his elbow. If he does not have surgery he may never have full motion of his elbow. We need to have one of his parents come with Jose to the orthopedic clinic on thursday 9/29/88 to discuss surgery.

Henry Small M.D.

"Caring is what we do best"

Form **1040A** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** (H) **1990**

OMB No. 1545-0085



**Step 1**
**Label**
(See page 14.)
Use IRS label. Otherwise, please print or type

Your first name and initial: Jose M   Last name: Limas
If a joint return, spouse's first name and initial: Maria L   Last name: Limas
Home address (number and street): 55 Valle Dr
City, town or post office, state, and ZIP code: Brownsville, TX 78521

Your social security no.: 460 17 9428
Spouse's social security no.: 463 96 0987

For Privacy Act and Paperwork Reduction Act Notice, see page 3.

**Presidential Election Campaign Fund** (see page 15)
Do you want $1 to go to this fund? ☒ Yes ☐ No
If joint return, does your spouse want $1 to go to this fund? ☒ Yes ☐ No

Note: Checking "Yes" will not change your tax or reduce your refund.

**Step 2**
**Check your filing status**
(Check only one.)

1 ☐ Single. (See page 16 to find out if you can file as head of household.)
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security number above and spouse's full name here ▶ _____
4 ☐ Head of household (with qualifying person). (See page 16.) If the qualifying person is your child but not your dependent, enter this child's name here ▶ _____
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 __ ). (See page 17.)

**Step 3**
**Figure your exemptions**
(See page 17.)

6a ☒ Yourself  If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 18b on page 2.
6b ☒ Spouse

No. of boxes checked on 6a and 6b: 2

c Dependents:

| 1. Name (first, initial, and last name) | 2. Check if under age 2 | 3. If age 2 or older, dependent's social security number | 4. Dependent's relationship to you | 5. No. of months lived in your home in 1990 |
|---|---|---|---|---|
| Jose M Limas Jr |  | 450 67 9291 | Son | 12 |
| Vanessa Limas |  | 450 67 8567 | Daughter | 12 |

If more than 7 dependents, see page 20.

No. of your children on 6c who:
• lived with you: 2
• didn't live with you due to divorce or separation (see page 21): 0
No. of other dependents listed on 6c: 0

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
e Total number of exemptions claimed.

Add numbers entered on lines above: 4

**Step 4**
**Figure your total income**

Attach Copy B of your Forms W-2 and W-2P here
Attach check or money order on top of any Forms W-2 or W-2P.

7 Wages, salaries, tips, etc. This should be shown in Box 10 of your W-2 form(s). (Attach Form(s) W-2.) ............................... 7 | 5815 | 16
8a Taxable interest income (see page 23). (If over $400, also complete and attach Schedule 1, Part I.) ............................... 8a | —
b Tax-exempt interest. (DO NOT include on line 8a.) 8b
9 Dividends. (If over $400, also complete and attach Schedule 1, Part II.) ............... 9 | —
10a Total IRA distributions. 10a | 10b Taxable amount (see page 24). 10b
11a Total pensions and annuities. 11a | 11b Taxable amount (see page 25). 11b
12 Unemployment compensation (insurance) from Form(s) 1099-G. 12
13a Social security benefits. 13a | 13b Taxable amount (see page 28). 13b
14 Add lines 7 through 13b (far right column). This is your total income. ▶ 14 | 5815 | /

**Step 5**
**Figure your adjusted gross income**

15a Your IRA deduction from applicable worksheet. 15a
b Spouse's IRA deduction from applicable worksheet.
  Note: Rules for IRAs begin on page 30. 15b
c Add lines 15a and 15b. These are your total adjustments. 15c
16 Subtract line 15c from line 14. This is your adjusted gross income.
  (If less than $20,264, see "Earned income credit" on page 38.) ▶ 16 | 5815 | /

# 1990   Form 1040A

**Step 6**

**Figure your standard deduction,**

**exemption amount, and**

**taxable income**

17  Enter the amount from line 16.  ......  17  5815 |16

18a Check if:
- ☐ You were 65 or older  ☐ Blind
- ☐ Spouse was 65 or older  ☐ Blind

Enter number of boxes checked . ▶ 18a  [0]

b  If your parent (or someone else) can claim you as a dependent, check here . . . . . . . . . . . . . . . . . . . . . . . . ▶ 18b ☐

c  If you are married filing separately and your spouse files Form 1040 and itemizes deductions, see page 34 and check here . . . ▶ 18c ☐

19  Enter your standard deduction. See page 35 for the chart (or worksheet) that applies to you. Be sure to enter your standard deduction here.  19  5450 |00

20  Subtract line 19 from line 17. (If line 19 is more than line 17, enter -0-.)  20  365 |16

21  Multiply $2,050 by the total number of exemptions claimed on line 6e.  21  8200 |00

22  Subtract line 21 from line 20. (If line 21 is more than line 20, enter -0-.) This is your **taxable income.**  ▶ 22

**Step 7**

**Figure your tax, credits, and payments**

*If you want IRS to figure your tax, see the instructions for line 22 on page 38.*

23  Find the tax on the amount on line 22. Check if from:
☐ Tax Table (pages 49-54) or  ☐ Form 8615 (see page 36)  23  —

24a  Credit for child and dependent care expenses. Complete and attach Schedule 2.  24a

b  Credit for the elderly or the disabled. Complete and attach Schedule 3.  24b

c  Add lines 24a and 24b. These are your **total credits.**  24c

25  Subtract line 24c from line 23. (If line 24c is more than line 23, enter -0-.)  25

26  Advance earned income credit payments from Form W-2.  26

27  Add lines 25 and 26. This is your **total tax.**  ▶ 27  —

28a  Total Federal income tax withheld. (If any is from Form(s) 1099, check here ▶ ☐.)  28a  23 |27

b  1990 estimated tax payments and amount applied from 1989 return.  28b

c  Earned income credit. See page 38 to find out if you can take this credit.  28c  814 |00

d  Add lines 28a, 28b, and 28c. These are your **total payments.**  ▶ 28d  837 |27

**Step 8**

**Figure your refund or amount you owe**

29  If line 28d is more than line 27, subtract line 27 from line 28d. This is the amount you **overpaid.**  29  837 |27

30  Amount of line 29 you want **refunded to you.**  30  837 |27

31  Amount of line 29 you want applied to your **1991 estimated tax.**  31  —

*Attach check or money order on top of Form(s) W-2, etc. on page 1.*

32  If line 27 is more than line 28d, subtract line 28d from line 27. This is the amount you owe. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1990 Form 1040A" on it.  32  —

33  Estimated tax penalty (see page 42).  33

**Step 9**

**Sign your return**

*Keep a copy of this return for your records.*

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature  |  Date 2-16-91  |  Your occupation

Spouse's signature (if joint return, BOTH must sign)  |  Date 2-16-91  |  Spouse's occupation

**Paid preparer's use only**

Preparer's signature ▶ [signature]  ERASMO CAST...  Date 2-16-91  Check if self-employed ☐  Preparer's social security no.

Firm's name (or yours if self-employed) and address ▶  1216 E. MADISON  BROWNSVILLE, TX 78...  E.I. No.  ZIP code

| Form **1040A** | Department of the Treasury—Internal Revenue Service<br>**U.S. Individual Income Tax Return** (H) **1991** | | OMB No. 1545-0085 |
|---|---|---|---|

**Step 1 Label** (See page 16.)
Use the IRS label. Otherwise, please print or type.

Your first name and initial: Jose M.  Last name: Limas
Your social security no.: 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

If a joint return, spouse's first name and initial: Maria L.  Last name: Limas
Spouse's social security no.: 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

Home address (number and street): 55 El Valle Dr.    Apt. no.:

City, town or post office, state, and ZIP code: Brownsville, TX 78521

For Privacy Act and Paperwork Reduction Act Notice, see page 3.

**Presidential Election Campaign Fund** (see page 17)
Do you want $1 to go to this fund? ☐ Yes ☐ No
If joint return, does your spouse want $1 to go to this fund? ☐ Yes ☐ No

Note: *Checking "Yes" will not change your tax or reduce your refund.*

**Step 2 Check your filing status** (Check only one.)

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security number above and spouse's full name here ▶ _____
4. ☐ Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here ▶ _____
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19__ ). (See page 19.)

**Step 3 Figure your exemptions** (See page 20.)

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 18b on page 2.
b ☒ Spouse

No. of boxes checked on 6a and 6b: **2**

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 1 | (3) If age 1 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1991 |
|---|---|---|---|---|
| Jose M. Limas Jr. | | 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 | Son | 12 |
| Vanessa Limas | | 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 | Dtr | 12 |

No. of your children on 6c who:
• lived with you: **2**
• didn't live with you due to divorce or separation (see page 23):

No. of other dependents listed on 6c:

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ☐
e Total number of exemptions claimed.

Add numbers entered on lines above: **4**

**Step 4 Figure your total income**

Attach Copy B of your Forms W-2 and 1099-R here.
Attach check or money order on top of any Forms W-2 or 1099-R.

7 Wages, salaries, tips, etc. This should be shown in Box 10 of your W-2 form(s). (Attach Form(s) W-2.) — 7  14,673 —
8a Taxable interest income (see page 26). (If over $400, also complete and attach Schedule 1, Part I.) — 8a  18.
b Tax-exempt interest. (DO NOT include on line 8a.) 8b
9 Dividends. (If over $400, also complete and attach Schedule 1, Part II.) — 9
10a Total IRA distributions. 10a        10b Taxable amount (see page 27). 10b
11a Total pensions and annuities. 11a      11b Taxable amount (see page 27). 11b
12 Unemployment compensation (insurance) from Form(s) 1099-G. — 12  149 —
13a Social security benefits. 13a        13b Taxable amount (see page 31). 13b
14 Add lines 7 through 13b (far right column). This is your total income. ▶ 14  14,840 —

**Step 5 Figure your adjusted gross income**

15a Your IRA deduction from applicable worksheet. 15a
b Spouse's IRA deduction from applicable worksheet. Note: *Rules for IRAs begin on page 33.* 15b
c Add lines 15a and 15b. These are your total adjustments. 15c  —
16 Subtract line 15c from line 14. This is your adjusted gross income. (If less than $21,250, see "Earned income credit" on page 41.) ▶ 16  14,840 —

Cat. No. 11327A

**1991    Form 1040A**                                                                      Page 2

| Step 6 | 17 | Enter the amount from line 16. | 17 | 14,840 |
|---|---|---|---|---|

18a Check if: ☐ You were 65 or older  ☐ Blind  } Enter number of
             ☐ Spouse was 65 or older ☐ Blind  } boxes checked ▶ 18a ☐

b  If your parent (or someone else) can claim you as a dependent,
   check here . . . . . . . . . . . . . . . . . . . . ▶ 18b ☐

c  If you are married filing separately and your spouse files Form
   1040 and itemizes deductions, see page 37 and check here . ▶ 18c ☐

**Figure your standard deduction,**

19 Enter the standard deduction shown below for your filing status.
   But if you checked any box on line 18a or b, go to page 37 to
   find your standard deduction. If you **checked box 18c**, enter -0-.
   • Single—$3,400    • Head of household—$5,000
   • Married filing jointly or Qualifying widow(er)—$5,700
   • Married filing separately—$2,850                               19  5,700

20 Subtract line 19 from line 17. (If line 19 is more than line 17, enter -0-.) 20  9,140

**exemption amount, and taxable income**

21 Multiply $2,150 by the total number of exemptions claimed on line 6e.  21  8,600

22 Subtract line 21 from line 20. (If line 21 is more than line 20, enter -0-.)
   This is your **taxable income**.                              ▶ 22  540

**Step 7**

**Figure your tax, credits, and payments**

23 Find the tax on the amount on line 22. Check if from:
   ☐ Tax Table (pages 44–49) or ☐ Form 8615 (see page 39)    23  81

24a Credit for child and dependent care expenses.
    Complete and attach Schedule 2.                24a

  b Credit for the elderly or the disabled.
    Complete and attach Schedule 3.                24b

  c Add lines 24a and 24b. These are your **total credits.**     24c  —

*If you want the IRS to figure your tax, see the instructions for line 22 on page 38.*

25 Subtract line 24c from line 23. (If line 24c is more than line 23, enter -0-.)  25  81
26 Advance earned income credit payments from Form W-2.            26  —
27 Add lines 25 and 26. This is your **total tax.**              ▶ 27  81

28a Total Federal income tax withheld. (If any
    tax is from Form(s) 1099, check here ▶ ☐ .)   28a  48

  b 1991 estimated tax payments and amount
    applied from 1990 return.                     28b

  c Earned income credit. Complete and
    attach Schedule EIC.                          28c  793

  d Add lines 28a, 28b, and 28c. These are your **total payments.**  ▶ 28d  841

**Step 8**

**Figure your refund or amount you owe**

29 If line 28d is more than line 27, subtract line 27 from line 28d.
   This is the amount you **overpaid.**                          29  760

30 Amount of line 29 you want **refunded to you.**                30  760

31 Amount of line 29 you want **applied to your
   1992 estimated tax.**                          31

32 If line 27 is more than line 28d, subtract line 28d from line 27. This is the
   **amount you owe.** Attach check or money order for full amount payable to
   the "Internal Revenue Service." Write your name, address, social security
   number, daytime phone number, and "1991 Form 1040A" on it.    32

*Attach check or money order on top of Form(s) W-2, etc., on page 1.*

33 Estimated tax penalty (see page 43).    33

**Step 9**

**Sign your return**

*Keep a copy of this return for your records.*

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature ▶ [signed]             Date 2-13-92   Your occupation

Spouse's signature (if joint return, BOTH must sign) ▶ [signed]   Date 2-13-92   Spouse's occupation

ERASMO CASTRO
1216 E. [ADISON]
BROWNSVILLE TEXAS

**Paid preparer's use only**

Preparer's signature ▶ [signed]    Date 2-13-92   Check if self-employed ☐

Firm's name (or yours if self-employed) and address ▶              E.I. No. 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

ZIP code

| SCHEDULE EIC (Form 1040A or 1040) Department of the Treasury Internal Revenue Service (H) | Earned Income Credit ▶ Attach to Form 1040A or 1040. ▶ See Instructions for Schedule EIC. **TIP:** Why not let the IRS figure the credit for you? Give us only the information asked for on this page and we'll do the rest. | OMB No. 1545-0074 **1991** Attachment Sequence No. 43 |
|---|---|---|

Name(s) shown on return: Jose M. & Maria L. Limas
Your social security number: 460 71 5428

### Part I — General Information

To take this credit ▶
- You MUST have worked and earned LESS than $21,250, AND
- Your adjusted gross income (Form 1040A, line 16, or Form 1040, line 31) MUST be LESS than $21,250, AND
- Your filing status can be any status except married filing a separate return, AND
- You MUST have at least one qualifying child (see boxes below), AND
- You cannot be a qualifying child yourself.

A qualifying child is a child who: ▶ **is your:** son daughter adopted child grandchild stepchild or foster child **AND** **was (at the end of 1991):** under age 19 or under age 24 and a full-time student or any age and permanently and totally disabled **AND** **who (in 1991):** lived with you in the U.S. for more than 6 months* (or all year if a foster child)*

*If the child didn't live with you for the required time (for example, was born in 1991), see the Exception on page 57 of 1040A booklet (or page 45 of 1040 booklet).

If you don't have any qualifying children, **STOP** here. You cannot take this credit.

If you have at least one qualifying child, go to Part II. (But if the child was married or is also a qualifying child of another person, see page 57 of 1040A booklet (or page 46 of 1040 booklet).)

### Part II — Information About Your Two Youngest Qualifying Children

| 1(a) Child's name (first, initial, and last name) | (b) Child's year of birth | For a child born BEFORE 1973, check if child was— (c) a student under age 24 at end of 1991 | (d) disabled (see booklet) | (e) If child was born BEFORE 1991, enter the child's social security number | (f) Child's relationship to you (for example, son, grandchild, etc.) | (g) Number of months child lived with you in the U.S. in 1991 |
|---|---|---|---|---|---|---|
| Jose M. Limas Jr | 1973 | | | 4067 929 | Son | 12 |
| Vanessa Limas | 1978 | | | 4067 856 | Dtr | 12 |

**Caution:** If a child you listed above was born in 1991 AND you chose to claim the credit for child care expenses for this child on Schedule 2 (Form 1040A) or Form 2441 (Form 1040), check here ▶ ☐

Do you want the IRS to figure the credit for you?
— Yes ▶ Fill in Part III below — AND ▶ Enter the amount from Form 1040A, line 16, or Form 1040, line 31, here ▶ ..........
— No ▶ Go to Part IV on the back now

### Part III — Other Information

2. If you received any **nontaxable earned income** (see page 58 of 1040A booklet or page 46 of 1040 booklet) such as combat pay and military housing and subsistence, enter the total of that income on line 2. Also list type and amount here ▶ .................... | 2 | |

3. If you paid for health insurance that covered at least one qualifying child:
 a. First, enter the name of your insurance company here ▶ ....................
 b. Then, enter the total amount you paid in 1991 for health insurance that covered at least one qualifying child. (See page 59 of 1040A booklet or page 46 of 1040 booklet.) ..... | 3b | |

If you want the IRS to figure the credit for you, **STOP** here!

Attach this schedule to your return. If filing Form 1040A, print "EIC" on the line next to line 28c.
If filing Form 1040, print "EIC" on the dotted line next to line 56.

For Paperwork Reduction Act Notice, see Form 1040A or 1040 Instructions. Cat No 13339M Schedule EIC (Form 1040A or 1040) 1991

Schedule EIC (Form 1040A or 1040) 1991                                                                Page 2

### Part IV  Figure Your Earned Income Credit—You can take ALL THREE parts of the credit if you qualify

**BASIC CREDIT**

4  Enter the amount from line 7 of Form 1040A or Form 1040 (wages, salaries, tips, etc.). If you received a taxable scholarship or fellowship grant, see page 60 of 1040A booklet (or page 47 of 1040 booklet) for the amount to enter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **4**   | 4,673 —

5  If you received any **nontaxable earned income** (see page 58 of 1040A booklet or page 46 of 1040 booklet) such as combat pay and military housing and subsistence, enter the total of that income on line 5. Also list type and amount here ▶ ..................................................
    ...................... ........................   **5**   | —

6  **Form 1040 Filers Only:** If you were self-employed or reported income and expenses on Schedule C as a statutory employee, enter the amount from line 4 of the worksheet on page 48 of 1040 booklet   **6**   | —

7  Add lines 4, 5, and 6. This is your **earned income** . . . . . . . . . . . . . . . . ▶   **7**   | 1,673 —

   **Caution:** If line 7 above is $21,250 or more, **STOP** HERE. Enter "NO" on Form 1040A, line 28c (or on Form 1040, line 56). You **cannot** take the earned income credit.

8  Use the amount on **line 7** above to look up your credit in **TABLE A** on pages 61–62 of 1040A booklet (or pages 49–50 of 1040 booklet). Then, enter the credit here . . . . . . . . . . . . . . . . .   **8**   | 812 —

9  Enter your **adjusted gross income** (from Form 1040A, line 16, or Form 1040, line 31) . . ▶   **9**   | 4,846 —

10  Is line 9 $11,250 or more?
    - **YES.** Use the amount on line 9 to look up your credit in **TABLE A** on pages 61–62 of 1040A booklet (or pages 49–50 of 1040 booklet). Then, enter the credit here . . .   **10**   | 793 —
    - **NO.** Enter the amount from line 8 on line 11.

· 11  Look at lines 8 and 10. Enter the **smaller** of the two amounts here. This is your **basic credit**   **11**   | 793 —

   **NEXT:** To take the health insurance credit, fill in lines 12a–16. To take the extra credit for a child born in 1991, fill in lines 17–19. Otherwise, go to line 20 now.

**HEALTH INSURANCE CREDIT** —Take this credit **ONLY** if you paid for health insurance that covered at least one qualifying child.

12a  Enter the name of your health insurance company here ▶ ..............................................

   b  Enter the total amount you paid in 1991 for health insurance that covered at least one qualifying child. (See page 60 of 1040A booklet or page 47 of 1040 booklet.) . . . . . . . . . . .   **12b** |

13  Look at the amount on **line 7** above. Use that amount to look up your credit in **TABLE B** on page 63 of 1040A booklet (or page 51 of 1040 booklet). Then, enter the credit here . . . . . . . .   **13** |

14  Look at lines 12b and 13. Enter the **smaller** of the two amounts here   **14** |

15  Look at the amount on **line 9** above. Is line 9 $11,250 or more?
    - **YES.** Use the amount on line 9 to look up your credit in **TABLE B** on page 63 of 1040A booklet (or page 51 of 1040 booklet). Then, enter the credit here . . . . . . . . . . . . . . . . . . .   **15** |
    - **NO.** Enter the amount from line 14 on line 16.

16  Look at lines 14 and 15. Enter the smaller of the two amounts here. This is your health insurance credit   **16**   | —

**EXTRA CREDIT FOR CHILD BORN IN 1991** —Take this credit **ONLY** if:
- You listed in Part II a child born in 1991, **AND**
- You did not take the credit for child care expenses on Schedule 2 or Form 2441 for the same child.

   **TIP:** You can take **both** the basic credit and the extra credit for your child born in 1991.

17  Look at the amount on **line 7** above. Use that amount to look up your credit in **TABLE C** on page 64 of 1040A booklet (or page 52 of 1040 booklet). Then, enter the credit here . . . . . . . . .   **17** |

18  Look at the amount on **line 9** above. Is line 9 $11,250 or more?
    - **YES.** Use the amount on line 9 to look up your credit in **TABLE C** on page 64 of 1040A booklet (or page 52 of 1040 booklet). Then, enter the credit here   **18** |
    - **NO.** Enter the amount from line 17 on line 19.

19  Look at lines 17 and 18. Enter the **smaller** of the two amounts here. This is your **extra credit for a child born in 1991** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **19**   | —

**TOTAL EARNED INCOME CREDIT**

. 20  Add lines 11, 16, and 19. Enter the total here and on Form 1040A, line 28c (or on Form 1040, line 56). This is your **total earned income credit** . . . . . . . . . . . . . . . . . . . . . . . . . ▶   **20**   | 793 —

# Form 1040A — U.S. Individual Income Tax Return 1992

Department of the Treasury — Internal Revenue Service

IRS Use Only – Do not write or staple in this space.

**Label** (See page 14.)

Use the IRS label. Otherwise, please print or type.

JOSE M & MARIA L V LIMAS

9341 ALASKA RD

BROWNSVILLE TX 78521

OMB No. 1545-0085

Your social security no.: 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
Spouse's social security no.: 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

For Privacy Act and Paperwork Reduction Act Notice, see page 4.

**Presidential Election Campaign Fund** (see page 15)

| | Yes | No |
|---|---|---|
| Do you want $1 to go to this fund? | | X |
| If joint return, does your spouse want $1 to go to this fund? | | X |

Note: Checking "Yes" will not change your tax or reduce your refund.

**Check the box for your filing status** (See page 15.) Check only one box.

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security number above and full name here. ▶ _____
4. ☐ Head of household (with qualifying person). (See page 16.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19___). (See page 17.)

**Figure your exemptions** (See page 18.)

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 18b on page 2. ▶

6b ☒ Spouse

No. of boxes checked on 6a and 6b: **2**

c. Dependents:

| 1. Name (first, initial, and last name) | 2. Check if under age 1 | 3. If age 1 or older, dependent's social security number | 4. Dependent's relationship to you | 5. No. of mos. lived in home in 1992 |
|---|---|---|---|---|
| VANESSA LIMAS | | 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 | DAUGHTER | 12 |
| JOSE M LIMAS JR | | 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 | SON | 12 |

No. of your children on 6c who:
- lived with you: **2**
- didn't live with you due to divorce or separation (see page 21)

No. of other dependents on 6c:

If more than seven dependents, see page 21.

d. If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐

e. Total number of exemptions claimed.

Add numbers entered on lines above: **4**

**Figure your total income**

Attach Copy B of your Forms W-2 and 1099-R here.

If you didn't get a W-2, see page 22.

Attach check or money order on top of any Forms W-2 or 1099-R.

| 7 | Wages, salaries, tips, etc. This should be shown in box 10 of your W-2 form(s). Attach Form(s) W-2. | 7 | 17530 |
|---|---|---|---|
| 8a | Taxable interest income (see page 24). If over $400, also complete and attach Schedule 1, Part I. | 8a | |
| b | Tax-exempt interest. DO NOT include on line 8a. | 8b | |
| 9 | Dividends. If over $400, also complete and attach Schedule 1, Part II. | 9 | |
| 10a | Total IRA distributions. 10a | Taxable amount (see page 25). 10b | |
| 11a | Total pensions and annuities. 11a | Taxable amount (see page 25). 11b | |
| 12 | Unemployment compensation (see page 29). | 12 | |
| 13a | Social security benefits. 13a | Taxable amount (see page 29). 13b | |
| 14 | Add lines 7 through 13b (far right column). This is your **total income**. | ▶ 14 | 17530 |

**Figure your adjusted gross income**

| 15a | Your IRA deduction from applicable worksheet. | 15a | |
|---|---|---|---|
| b | Spouse's IRA deduction from applicable worksheet. Note: Rules for IRAs begin on page 31. | 15b | |
| c | Add lines 15a and 15b. These are your **total adjustments**. | 15c | |
| 16 | Subtract line 15c from line 14. This is your **adjusted gross income**. If less than $22,370, see "Earned income credit" on page 39. | ▶ 16 | 17530 |

D194

1992 Form 1040A page 1

# 1992 Form 1040A page 2

Name(s) shown on page 1: **JOSE M & MARIA L V LIMAS**
Your social security number: **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**

**Figure your standard deduction, exemption amount, and taxable income**

17. Enter the amount from line 16. — **17** — 17530

18a. Check if:
- [ ] You were 65 or older
- [ ] Spouse was 65 or older
- [ ] Blind
- [ ] Blind

Enter number of boxes checked ▶ **18a** [ ]

b. If your parent (or someone else) can claim you as a dependent, check here ▶ **18b** [ ]

c. If you are married filing separately and your spouse files Form 1040 and itemizes deductions, see page 35 and check here ▶ **18c** [ ]

19. Enter the standard deduction shown below for your filing status. But if you checked any box on line 18a or b, go to page 35 to find your standard deduction. If you checked box 18c, enter -0-.
- Single - $3,600
- Head of household - $5,250
- Married filing jointly or Qualifying widow(er) - $6,000
- Married filing separately - $3,000

**19** — 6000

20. Subtract line 19 from line 17. (If line 19 is more than line 17, enter -0-.) — **20** — 11530

21. Multiply $2,300 by the total number of exemptions claimed on line 6e. — **21** — 9200

22. Subtract line 21 from line 20. (If line 21 is more than line 20, enter -0-.) This is your **taxable income**. ▶ **22** — 2330

**Figure your tax, credits, and payments**

23. Find the tax on the amount on line 22. Check if from: [X] Tax Table (pages 48-53) or [ ] Form 8615 (see page 37). — **23** — 351

24a. Credit for child and dependent care expenses. Complete and attach Schedule 2. **24a**

b. Credit for the elderly or the disabled. Complete and attach Schedule 3. **24b**

c. Add lines 24a and 24b. These are your **total credits**. **24c**

25. Subtract line 24c from line 23. (If line 24c is more than line 23, enter -0-.) — **25** — 351

26. Advance earned income credit payments from Form W-2. **26**

27. Add lines 25 and 26. This is your **total tax**. ▶ **27** — 351

28a. Total Federal income tax withheld. If any tax is from Form(s) 1099, check here ▶ [ ] **28a** — 3

b. 1992 estimated tax payments and amount applied from 1991 return. **28b**

c. Earned Income credit. Complete and attach Schedule EIC. **28c** — 637

d. Add lines 28a, 28b, and 28c. These are your **total payments**. ▶ **28d** — 640

**Figure your refund or amount you owe**

29. If line 28d is more than line 27, subtract line 27 from line 28d. This is the amount you overpaid. — **29** — 289

30. Amount of line 29 you want **refunded to you**. — **30** — 289

31. Amount of line 29 you want **applied to your 1993 estimated tax**. **31**

32. If line 27 is more than line 28d, subtract line 28d from line 27. This is the amount you owe. Attach check or money order for full amount payable to the "Internal Revenue Service". Write your name, address, social security number, daytime phone number, and "1992 Form 1040A" on it. **32**

33. Estimated tax penalty (see page 41). **33**

**Sign your return**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than the taxpayer) is based on all information of which the preparer has any knowledge.

Your signature | Date | Your occupation: **MAINTANCE**

Spouse's signature. If joint return, BOTH must sign. | Date | Spouse's occupation: **SEMTRESS**

**Paid preparer's use only**

Preparer's signature ▶ | Date: 03-15-93 | Check if self-employed [X] | Preparer's social security no.: 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

Firm's name (or yours if self-employed) and address ▶ **CENTRAL INCOME TAX BOOKKEEPING** | E.I. No.: 74-2605576
**935 E TYLER STREET**
**BROWNSVILLE     TX** | ZIP code: 78523 3590

# Schedule EIC
**(Form 1040A or 1040)**

Department of the Treasury
Internal Revenue Service

## Earned Income Credit
▶ Attach to Form 1040A or 1040.  ▶ See Instructions for Schedule EIC.

**TIP:** Why not let the IRS figure the credit for you? Give us only the information asked for on this page and we'll do the rest.

OMB No. 1545-0074
**1992**
Attachment Sequence No. **43**

Name(s) shown on return: **JOSE M & MARIA L V LIMAS**
Your social security number: **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**

## Part I — General Information

To take this credit:
- You MUST have worked and earned LESS than $22,370, **AND**
- Your adjusted gross income (Form 1040A, line 16, or Form 1040, line 31) MUST be LESS than $22,370, **AND**
- Your filing status can be any status except married filing a separate return, **AND**
- You MUST have at least one qualifying child (see boxes below), **AND**
- You cannot be a qualifying child yourself.

A qualifying child is a child who:

**is your:** son, daughter, adopted child, grandchild, stepchild, or foster child

**AND**

**was (at the end of 1992):** under age 19 or under age 24 and a full-time student or any age and permanently and totally disabled

**AND**

**who (in 1992):** lived with you in the U.S. for more than 6 months* (or all year if a foster child*)

*If the child didn't live with you for the required time (for example, was born in 1992), see the Exception on page 61 of 1040A booklet (or page EIC-2 of 1040 booklet).

**Do you have at least one qualifying child?**
- No → You cannot take the credit. Enter "NO" next to line 28c of form 1040A (or line 56 of Form 1040).
- Yes → Go to Part II. But if the child was married or is also a qualifying child of another person, first see page 61 of 1040A booklet (or page EIC-2 of 1040 booklet).

## Part II — Information About Your Two Youngest Qualifying Children

If more than two qualifying children, see page 62 of 1040A booklet (or page EIC-2 of 1040 booklet).

| (a) Child's name (first, initial, and last name) | (b) Child's year of birth | (c) student under age 24 at end of 1992 | (d) disabled (see booklet) | (e) If child was born BEFORE 1992, enter the child's social security number | (f) Child's relationship to you (for example, son, grandchild, etc.) | (g) Number of months child lived with you in the U.S. in 1992 |
|---|---|---|---|---|---|---|
| VANESSA LIMAS | 19 78 | | | 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 | DAUGHTER | 12 |
| JOSE M LIMAS JR | 19 73 | X | | 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 | SON | 12 |

**Caution:** If a child you listed above who was born in 1992 AND you chose to claim the credit or exclusion for child care expenses for this child on Schedule 2 (Form 1040A) or Form 2441 (Form 1040), check here ▶ ☐

**Do you want the IRS to figure the credit for you?**
- Yes → Fill in Part III below — AND → Enter the amount from 1040A, line 16, or Form 1040, line 31, here ▶ _____
- No → Go to Part IV on page 2 now

## Part III — Other Information

2  If you had any **nontaxable earned income** (see page 62 of 1040A booklet or page EIC-2 of 1040 booklet) such as military housing and subsistence or contributions to a 401(k) plan, enter the total of that income on line 2. Also, list type and amount here ▶ _____   | 2 |

3  Enter the total amount you paid in 1992 for health insurance that covered at least one qualifying child. (See page 63 of 1040A booklet or page EIC-2 of 1040 booklet.)   | 3 |

If you want the IRS to figure the credit for you, [STOP]

Attach this schedule to your return. If filing Form 1040A, print "EIC" on the line next to line 28c.
If filing Form 1040, print "EIC" on the dotted line next to line 56.

For Paperwork Reduction Act Notice, see Form 1040A or 1040 Instructions.   D194   Schedule EIC (Form 1040A or 1040) 1992

Schedule EIC (Form 1040A or 1040) 1992      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 LIMAS      Page 2

**Part IV  Figure Your Earned Income Credit** — You can take ALL THREE parts of the credit if you qualify

**BASIC CREDIT**

4  Enter the amount from line 7 of Form 1040A or Form 1040 (wages, salaries, tips, etc.). If you received a taxable scholarship or fellowship grant, see page 64 of 1040A booklet (or page EIC-3 of 1040 booklet) for the amount to enter . . . . . . . . . . . . . . . . . . . **4**  17530

5  If you had any **nontaxable earned income** (see page 62 of 1040A booklet or page EIC-2 of 1040 booklet) such as military housing and subsistence or contributions to a 401(k) plan, enter the total of that income on line 5. Also, list type and amount here ▶ _____
**5**

6  **Form 1040 Filers Only:** If you were self-employed or reported income and expenses on Schedule C or C-EZ as a statutory employee, enter the amount from the worksheet on page EIC-3 of 1040 booklet . . . **6**

7  Add lines 4, 5, and 6. This is your **earned income.** If $22,370 or more, you cannot take the earned income credit. Enter "NO" next to line 28c of Form 1040A (or line 56 of Form 1040) . . . . . . ▶ **7**  17530

8  Use the amount on line 7 above to look up your credit in **TABLE A** on pages 65 and 66 of 1040A booklet (or pages EIC-4 and 5 of 1040 booklet.) Then, enter the credit here . . . . . . . . . . **8**  637

9  Enter your **adjusted gross income** (from Form 1040A, line 16, or Form 1040, line 31). If $22,370 or more, you cannot take the credit . . . . . . . . . . . . . . ▶ **9**  17530

10  Is line 9 $11,850 or more?
   • YES. Use the amount on line 9 to look up your credit in **TABLE A** on pages 65 and 66 of 1040A booklet (or pages EIC-4 and 5 of 1040 booklet.) Then, enter the credit here. . . . . . . . . . . **10**  637
   • NO. Enter the amount from line 8 on line 11.

11  If you answered "YES" to line 10, enter the **smaller** of line 8 or line 10 here. This is your **basic credit** . . . **11**  637

**NEXT:** To take the health insurance credit, fill in lines 12-16. To take the extra credit for a child born in 1992, fill in lines 17-19. Otherwise, go to line 20 now.

**HEALTH INSURANCE CREDIT** — Take this credit ONLY if you paid for health insurance that covered at least one qualifying child.

12  Look at the amount on line 7 above. Use that amount to look up your credit in **TABLE B** on page 67 of 1040A booklet (or page EIC-6 of 1040 booklet). Then, enter the credit here . . . . . . . . . **12**

13  Look at the amount on line 9 above. Is line 9 $11,850 or more?
   • YES. Use the amount on line 9 to look up your credit in **TABLE B** on page 67 of 1040A booklet (or page EIC-6 of 1040 booklet). Then, enter the credit here . . . . . . . . . . . . . **13**
   • NO. Enter the amount from line 12 on line 14.

14  If you answered "YES" to line 13, enter the **smaller** of line 12 or line 13 here . . . . . . . . . **14**

15  Enter the total amount you paid in 1992 for health insurance that covered at least one qualifying child. (See page 64 of 1040A booklet or page EIC-3 of 1040 booklet.) . . . . . . . . . . **15**

16  Enter the **smaller** of line 14 or line 15 here. This is your **health insurance credit** . . . . . . . . . **16**

**EXTRA CREDIT FOR A CHILD BORN IN 1992** — Take this credit ONLY if:
   • You listed in Part II a child born in 1992, AND
   • You did not take the credit or exclusion for child care expenses on Sch. 2 or Form 2441 for the same child.

   **TIP:** You can take both the basic credit and the extra credit for your child born in 1992.

17  Look at the amount on line 7 above. Use that amount to look up your credit in **TABLE C** on page 68 of 1040A booklet (or page EIC-7 of 1040 booklet). Then, enter the credit here . . . . . . . . **17**

18  Look at the amount on line 9 above. Is line 9 $11,850 or more?
   • YES. Use the amount on line 9 to look up your credit in **TABLE C** on page 68 of 1040A booklet (or page EIC-7 of 1040 booklet). Then, enter the credit here **18**
   • NO. Enter the amount from line 17 on line 19.

19  If you answered "YES" to line 18, enter the **smaller** of line 17 or line 18 here. This is your **extra credit** for a child born in 1992 . . . . . . . . . . . . . . . . . . . . . . **19**

**TOTAL EARNED INCOME CREDIT**

20  Add lines 11, 16, and 19. Enter the total here and on Form 1040A, line 28c (or on Form 1040, line 56). This is your **total earned income credit** . . . . . . . . . . . . . ▶ **20**  637

For Paperwork Reduction Act Notice, see Form 1040 Instructions.      D194      Schedule EIC – Page 2 – (Form 1040) 1992

**Form 1040A** — Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return 1993**

IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0085

**Label** (See page 15.)

Use the IRS label. Otherwise, please print or type.

Your first name and initial / Last name: **JOSE M & MARIA L V LIMAS**

Your social security no.: **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**

Spouse's social security no.: **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**

Home address (number and street): **9341 ALASKA RD**

City, town, or post office, state and ZIP code: **BROWNSVILLE TX 78521**

For Privacy Act and Paperwork Reduction Act Notice, see page 4.

**Presidential Election Campaign Fund** (see page 16)
- Do you want $3 to go to this fund? — No: X
- If joint return, does your spouse want $3 to go to this fund? — No: X

Note: Checking "Yes" will not change your tax or reduce your refund.

**Check the box for your filing status** (See page 15.) Check only one box.

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security number above and full name here ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19___ ). (See page 18.)

**Figure your exemptions** (See page 18.)

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 18b on page 2. ▶

No. of boxes checked on 6a and 6b: **2**

6b ☒ Spouse

c Dependents:

| 1. Name (first, initial, and last name) | 2. Check if under age 1 | 3. If age 1 or older, security number | 4. Dependent's relationship to you | 5. No. of mos. lived in home in 1993 |
|---|---|---|---|---|
| VANESSA LIMAS | | 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 | DAUGHTER | 12 |
| JOSE M JR LIMAS | | 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 | SON | 12 |

No. of your children on 6c who:
- lived with you: **2**
- didn't live with you due to divorce or separation (see page 22)
- No. of other dependents on 6c

If more than seven dependents, see page 21.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐

e Total number of exemptions claimed.

Add numbers entered on lines above: **4**

**Figure your total income**

Attach Copy B of your Forms W-2 and 1099-R here.

If you didn't get a W-2, see page 24.

Attach check or money order on top of any Forms W-2 or 1099-R.

7. Wages, salaries, tips, etc. This should be shown in box 1 of your W-2 form(s). Attach Form(s) W-2.  ......  7  **9014**

8a. Taxable interest income (see page 25). If over $400, also complete and attach Schedule 1, Part I.  ......  8a

b. Tax-exempt interest. DO NOT include on line 8a.  8b

9. Dividends. If over $400, also complete and attach Schedule 1, Part II.  ......  9

10a. Total IRA distributions.  10a       10b Taxable amount (see page 26). 10b

11a. Total pensions and annuities.  11a       11b Taxable amount (see page 26). 11b

12. Unemployment compensation (see page 30).  12

13a. Social security benefits.  13a       13b Taxable amount (see page 30). 13b

14. Add lines 7 through 13b (far right column). This is your **total income** ▶ 14  **9014**

**Figure your adjusted gross income**

15a. Your IRA deduction (see page 32.)  15a

b. Spouse's IRA deduction (see page 32.)  15b

c. Add lines 15a and 15b. These are your total adjustments.  15c

16. Subtract line 15c from line 14. This is your **adjusted gross income**. If less than $23,050 and a child lived with you, see page 63 to find out if you can claim "Earned income credit" on line 28c.  ▶ 16  **9014**

1993 Form 1040A page 1

```
Form         Dept of the Treasury -IRS
1040A        US Individual Income Tax Return        1994        OMB No. 1545-0085
------------------------------------------------------------------------------
             JOSE M LIMAS                                  Your Soc Sec No.
Use          MARIA L LIMAS                                 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
IRS
Label        9341 ALASKA RD                                Spouse's Soc Sec No.
             BROWNSVILLE            TX 78521-              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
------------------------------------------------------------------------------
Presidential      | Do you want $3 to go to this fund?    |_|Yes    |X|No
Election Campaign | If joint, does spouse want $3 to go?  |_|Yes    |X|No
------------------------------------------------------------------------------
Check the         1. |_| Single
box for           2. |X| Married filing joint return
your filing       3. |_| Married filing separate return:
status                    Spouse's full name: _____
                  4. |_| Head of household: Qualifying child, if
                              not dependent: _____
                  5. |_| Qualifying widower: Year spouse died: 19__
------------------------------------------------------------------------------
Figure        6a. |X| Yourself                         No. of boxes
Exemptions     b. |X| Spouse                           checked 6a/6b| 2
                                                       No. of your
   c. Dependents:        |Under| Social     |Relation-|Mo| children who:
      Name               | 1?  | Security   | ship    |Hm| lived
   VANESSA LIMAS         |  _  |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 |DAUGHTER |12| with you.....| 1
   _____  |  _  |_____ |_____|__| didn't live
   _____  |  _  |_____ |_____|__| with you due
   _____  |  _  |_____ |_____|__| to divorce/
   _____  |  _  |_____ |_____|__| separation...| 0
   _____  |  _  |_____ |_____|__| Dependents
                                                           on 6c not
                                                           entered
   d. If your child didn't live with you but is claimed as above........| 0
      your dependent under a pre-1985 agreement, check here:|_|
   e. Total number of exemptions claimed...............................| 3|
------------------------------------------------------------------------------
Figure your    7.  Wages, salaries, tips, etc.....................7.|  17,494.
total income.  8a. Taxable interest income.......................8a| _____
               8b. Tax-exempt interest income.......8b| _____
Attach Forms   9.  Dividend income.............................,..9.| _____
W-2 and       10a. Total IRA              Taxable
1099R.             distributions...10a| _____ ....Amount...10b| _____
              11a. Total pensions                          Taxable
                   and annuities...11a| _____ ....Amount...11b| _____
              12.  Unemployment compensation.....................12.| _____
Enclose,      13a. Social Security                         Taxable
but do not         benefits........13a| _____ ....Amount...13b| _____
attach
payment.      14.  Add lines 7-13b. This is your TOTAL INCOME..14.|  17,494.
------------------------------------------------------------------------------
Figure        15a. Your IRA deduction...............15a| _____
your           b.  Spouse's IRA deduction..........15b| _____
adjusted       c.  Total adjustments..................................15c| _____
gross         16.  Subtract line 15c from line 14. This is your
income             ADJUSTED GROSS INCOME........................16.|  17,494.
------------------------------------------------------------------------------
D102      Privacy Act/Paperwork Reduction Act, see instr.  1994 Form 1040A page 1
```

Form 1040A (1994)                                                    Page 2

Name: JOSE M & MARIA L LIMAS                            SS number: 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

|  | | | |
|---|---|---|---|
| | 17. | Enter amount from line 16.....................17. | 17,494. |
| | 18a. | You:    |_| 65 or older   |_| Blind | |
| Figure | | Spouse: |_| 65 or older   |_| Blind | |
| your | | Total number of boxes checked.............18a|_ | |
| standard | b. | If your parent (or someone else) can | |
| deduction, | | claim you as a dependent, check here......18b|_ | |
| exemption | c. | If you are married filing a separate | |
| amount, | | return and your spouse itemizes | |
| and | | deductions, check here....................18c|_ | |
| taxable | 19. | Enter your standard deduction here..........19. | 6,350. |
| income | 20. | Subtract line 19 from line 17...............20. | 11,144. |
| | 21. | Multiply $2450 by the total number of | |
| | | exemptions claimed on line 6e...............21. | 7,350. |
| | 22. | Subtract line 21 from line 20. This is your | |
| | | TAXABLE INCOME..............................22. | 3,794. |

|  | | | |
|---|---|---|---|
| | 23. | Total tax. Check if from....................23. | 566. |
| | | |X| Tax Table; |_| Form 8615 | |
| Figure | 24a. | Credit for child and | |
| your tax, | | dependent care expenses.........24a| _____ | |
| credits, | b. | Credit for elderly or | |
| and | | disabled.......................24b| _____ | |
| payments | c. | TOTAL CREDITS...............................24c| _____ |
| | 25. | Subtract line 24c from line 23..............25. | 566. |
| | 26. | Advance earned income credit................26. | _____ |
| | 27. | Add lines 25 and 26. TOTAL TAX..............27. | 566. |
| | 28a. | Federal tax withheld. If | |
| | | from 1099's, check here-->|_|...28a|  214. | |
| | b. | 1994 estimated tax and amount | |
| | | applied from 1993 return.......28b| _____ | |
| | c. | EARNED INCOME CREDIT. Nontaxable | |
| | | earned: _____  _____..28c|  1,004. | |
| | d. | TOTAL PAYMENTS...............................28d| 1,218. |

|  | | | |
|---|---|---|---|
| Figure | 29. | Amount overpaid.............................29. | 652. |
| your | 30. | Amount of line 29 you want REFUNDED TO YOU...30. | 652. |
| refund or | 31. | Amount of line 29 you want APPLIED | |
| amount | | TO YOUR 1995 ESTIMATED TAX........31.| _____ | |
| you owe | 32. | AMOUNT YOU OWE.(See instr. on how to pay.)...32. | _____ |
| | 33. | Estimated tax penalty............33.| _____ | |

Under penalties or perjury, I declare that I have examined this return and
accompanying schedules and statements, and to the best of my knowledge and
belief, they are true, correct, and accurately list all amounts and sources
of income I received during the tax year. Declaration of preparer (other
than taxpayer) is based on all information of which preparer has any knowledg

| Your signature: | Date: | Occupation: |
|---|---|---|
| _____ | _____ | CUSTODIAN |
| Spouse's signature (if joint return) | Date: | Occupation: |
| _____ | _____ | ASSEMBLY WORKER |

| Paid | Signature: *Jose Y Chavez EA.* | Date: 2-12-95 |
|---|---|---|
| preparer | Preparer's S.S. number: 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 | Check if self-employed |X| |
| use | Firm name: JOSE L CHAVEZ EA | EIN: 74-2732023 |
| only | Address: Brownsville        TX | ZIP: 78521- |

```
SCHEDULE EIC              EARNED INCOME CREDIT                    1994*43
(Form 1040A or 1040)                                         OMB No. 1545-0074
---------------------------------------------------------------------------
Name:  JOSE M & MARIA L LIMAS                        SS number: 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
---------------------------------------------------------------------------
BEFORE YOU BEGIN...
     * Answer the questions on page 43(1040A) or page 28(1040) to see if you
       can take this credit.
     * If you can take the credit, fill in the worksheet on page 44(1040A) or
       page 28(1040) to figure your credit.

   THEN, complete and attach Schedule EIC only if you have a qualifying child.
---------------------------------------------------------------------------
              INFORMATION ABOUT YOUR QUALIFYING CHILD OR CHILDREN
                 *IF BIRTH YEAR IS PRE-76, CHECK 3a or 3b.
---------------------------------------------------------------------------
                             |   a Child 1          |    b Child 2
                             |---------------------------------------------
  1 Child's name........     |VANESSA    LIMAS      |  _____

  2 Child's birth year..     |   1980               |     19__

  3 If child was born        |                      |
     before 1976 and....     |                      |
   a was a student under     |                      |
     age 24 at the end       |                      |
     of 1994, or........     |  |_| Yes             |   |_| Yes
   b was permanently and     |                      |
     totally disabled...     |  |_| Yes             |   |_| Yes

  4 Child's SSN........      |  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         |  _____

  5 Child's relationship     |                      |
     to you.............     |  DAUGHTER            |  _____

  6 Number of months         |                      |
     child lived with        |                      |
     you in the US in        |                      |
     1994..............      |   12    months       |    __ months
---------------------------------------------------------------------------
   TIP: Do you want the earned income credit added to your tax-home pay in 1995
        To see if you qualify, get Form W-5 from your employer or by calling the
        IRS at 1-800-TAX-FORM (1-800-829-3676).
---------------------------------------------------------------------------
 D102    FOR PAPERWORK REDUCTION ACT NOTICE, SEE SEPARATE INSTRUCTIONS
```

ClibPDF - www.fastio.com