9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 3 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS | *   C.A. NO. B-00-159 |
| | * |
| MARIA L. LIMAS | * |

## ORDER RESETTING CONFERENCE

The initial pretrial conference in above-captioned and numbered cause of action is hereby reset from March 29, 2001, to **May 15, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this 28th day of March 2001.

Felix Recio
United States Magistrate Judge