*11*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 1 0 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS | * C.A. NO. B-00-159 |
| | * |
| MARIA L. LIMAS | * |

## ORDER RESETTING CONFERENCE

Since a Motion for Summary Judgment was filed on May 7, 2001, the initial

pretrial conference, in above-captioned and numbered cause of action, is hereby to

**June 28, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this 9th day of May 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX  78520