12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 6 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § § | Civil Action B-00-159 |
| Maria L. Limas | § | |

MOTION FOR CONTINUANCE
AND MEMORANDUM

The United States of America moves to continue the pretrial conference scheduled for June 28, 2001.

1.   The United States has served the defendant and an answer has been filed. The United States is in the process of obtaining information from the Department of Education with reference to the above case.

The United States requests that the pretrial conference be reset until a date after such requested information can be received and reviewed..

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas  75234
Telephone: (214) 691-1776
FAX:  (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this 22nd day of June, 2001 in accordance with the Federal Rules of Civil Procedure.

_____