13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *versus* | § | Civil Action B-00-159 |
| Maria L. Limas | § § | |

## ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for June 28, 2001, at 2:00 p.m. is continued until a time to be established by the Court. The pretrial has been reset until August 21, 2001, at 2:00 p.m.

Signed this 28th day of June, 2001, at Brownsville, Texas.

_____
United States Magistrate Judge