15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 6 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| versus | § | Civil Action B-00-159 |
| | § | |
| Maria L. Limas | § | |

ORDER OF DISMISSAL

The United States of America moved to dismiss this action.

This Civil Action is dismissed without prejudice with the parties bearing their own costs.

Signed _____August 16th_____, 2001, at Brownsville, Texas.

_____
United States District Judge